Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00651-CV

**SIX THOUSAND FIFTY-NINE DOLLARS** ($6,059.00),
United States Currency,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-02296
Honorable Michael Peden, Judge Presiding

PER CURIAM

Sitting:  Phylis J. Speedlin, Justice
     Rebecca Simmons, Justice
     Steven C. Hilbig, Justice

Delivered and Filed: November 30, 2011

DISMISSED

A copy of appellant's notice of appeal was filed in this court on September 7, 2011. On that date, the clerk of the court notified the appellant in writing that our records do not reflect payment of the filing fee in the amount of $175.00, and that the filing fee was to be paid on or before September 19, 2011. The fee was not paid. On October 18, 2011, we issued a show cause order instructing appellant to pay the $175.00 filing fee to the clerk of this court on or before October 28, 2011, or the appeal would be dismissed for failure to comply with the court's

order.  *See* T<small>EX</small>. R. A<small>PP</small>. P. 5, 42.3(c).  Appellant has failed to pay the $175.00 filing fee. Therefore, we dismiss the appeal.  T<small>EX</small>. R. A<small>PP</small>. P. 42.3(c).

PER CURIAM